UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICHARD H.,

                Plaintiff,

        -v-                              5:17-CV-515
                                         (DNH/TWD)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

STANLEY LAW OFFICES LLP                STEPHANIE VISCELLI, ESQ.
Attorneys for Plaintiff
215 Burnet Avenue
Syracuse, NY 13203

SOCIAL SECURITY ADMINISTRATION      JOSHUA L. KERSHNER, ESQ.
Attorneys for Defendant                          Special Ass't U.S. Attorney
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Plaintiff Richard H. filed this action seeking judicial review of a final decision of the

Commissioner of Social Security denying his claim for benefits under the Social Security Act.

By Report-Recommendation dated August 15, 2018, the Honorable Thérèse Wiley Dancks,

United States Magistrate Judge, recommended that the Commissioner of Social Security's

decision be affirmed and that the complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The Commissioner of Social Security's decision is **AFFIRMED**; and

2. Plaintiff's complaint is **DISMISSED**.

The Clerk shall enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: September 26, 2018
      Utica, New York.